# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECHOSTAR SATELLITE, LLC, et al., <br><br> Plaintiff, <br><br> v. <br><br> VIEWTECH, INC., et al., <br><br> Defendants. | CASE NO: 07-CV-1273 W (AJB) <br><br> **ORDER GRANTING IN-PART AND DENYING IN-PART PLAINTIFF'S *EX PARTE* APPLICATION [DOC. NO. 18]** |

Pending before the Court is Plaintiffs' *ex parte* application to strike the new arguments raised in Defendants' reply in support of their motion to dismiss the complaint. Alternatively, Plaintiffs request leave to file a sur-reply in order to respond to the new arguments. Defendants' oppose the motion to strike, but consent to Plaintiffs filing a sur-reply.

Having considered the papers submitted, and good cause appearing, the Court **DENIES** the motion to strike, but **GRANTS** the request to file a sur-reply. [Doc. No. 18.] The proposed sur-reply, attached to the Plaintiffs' ex parte application as Exhibit A, shall be filed within 5 court days of this order. There shall be no further briefing. Additionally, in light of the foregoing, the hearing on Defendants' motion

to dismiss is continued until November 19.2007.  The matter will be decided on the papers, and there shall be no oral argument.  <u>See</u> Civil Local Rule 7.1(d.1).

**IT IS SO ORDERED.**

DATED:  October 30, 2007

_____
Hon. Thomas J. Whelan
United States District Judge