Chad M. Hagan (*pro hac vice*)
chad.hagan@hnbllc.com
Timothy M. Frank (State Bar No. 263245)
timothy.frank@hnbllc.com
Stephen M. Ferguson (*pro hac vice*)
stephen.ferguson@hnbllc.com
**HAGAN NOLL & BOYLE, LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Telephone:  (713) 343-0478
Facsimile:  (713) 758-0146

Cynthia A. Ricketts (*pro hac vice*)
cindy.ricketts@dlapiper.com
Richard B. Bull (State Bar No. 252362)
richard.bull@dlapiper.com
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, California 92121
Telephone: (619) 699-2700
Facsimile: (619) 699-2701

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECHOSTAR SATELLITE L.L.C., ECHOSTAR TECHNOLOGIES CORPORATION, and NAGRASTAR L.L.C.,<br><br>Plaintiffs,<br>v.<br><br>VIEWTECH, INC., JUNG KWAK, and DOES 1-10,<br><br>Defendants. | Case No. 07-CV-01273 BEN (WVG)<br><br>**PLAINTIFFS' MOTION FOR ENTRY OF FINAL JUDGMENT**<br><br>**NO ORAL ARGUMENT PURSUANT TO LOCAL RULE**<br><br>Hon. Judge Roger T. Benitez |

Plaintiffs DISH Network L.L.C., EchoStar Technologies L.L.C.,[1] and NagraStar L.L.C. (collectively, "DISH Network") respectfully request that the Court to enter a final judgment against Defendants Viewtech, Inc. and Jung Kwak (together, "Defendants") in the amount of $214,898,600, and in support state:

---

[1] Plaintiff DISH Network L.L.C. was formerly known as EchoStar Satellite L.L.C., and Plaintiff EchoStar Technologies L.L.C. was known as EchoStar Technologies Corporation.  (*See* Dkt. 26.)

## I. Background

On February 9, 2011, DISH Network moved for summary judgment on Count I of the Complaint, which charged Defendants with violations of the Digital Millennium Copyright Act, 17 U.S.C. § 1201(a)(2). (*See* Dkt. 165.) The Court granted summary judgment in favor of DISH Network on April 20, 2011. (Dkt. 177). The Court awarded $214,898,600 in statutory damages, reasonable attorney's fees and costs, and a permanent injunction. (*Id.*) DISH Network was given 30 days to provide an affidavit proving up attorney's fees, and was directed to seek an award of costs in accordance with Civil Local Rule 54.1. (*Id.*)

## II. Request for Entry of Final Judgment

DISH Network requests that final judgment be entered in the amount of $214,898,600 – the amount previously awarded by the Court. DISH Network has elected to not pursue an award of attorney's fees and costs. Nor is DISH Network going to pursue Counts II-V, which were not raised in the summary judgment motion. In light of these concessions, and given there are no counterclaims pending, final judgment should be entered and the case closed.

Dated: April 27, 2011.                    Respectfully submitted,

By: s/ Timothy M. Frank
Chad M. Hagan (*pro hac vice*)
chad.hagan@hnbllc.com
Timothy M. Frank (State Bar No. 263245)
timothy.frank@hnbllc.com
**HAGAN NOLL & BOYLE, LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Telephone: (713) 343-0478
Facsimile: (713) 758-0146

Cynthia A. Ricketts (*pro hac vice*)
cindy.ricketts@dlapiper.com
Richard B. Bull (State Bar No. 252362)
richard.bull@dlapiper.com
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, California 92121
Telephone: (619) 699-2700
Facsimile: (619) 699-2701

Attorneys for Plaintiff

**PROOF OF SERVICE**

I, the undersigned, declare that I am a resident of the State of Texas, over the age of eighteen years, and not a party to the within action. My business address is 820 Gessner, Suite 940, Houston, Texas 77024. I am familiar with the practice at my place of business for collection and processing of correspondence for mailing. Such correspondence is deposited with the United States Postal Service on the same day in the ordinary course of business.

On April 27, 2011, I served the following document described as:

**PLAINTIFFS' MOTION FOR ENTRY OF FINAL JUDGMENT**

__X__ by **Electronically Transmitting** the document to the person(s) set forth below through the Case Management/ Electronic Case Filing (CM/ECF) system, and/or pursuant to the email address provided in the parties' agreement on electronic service of documents in this action.

__X__ by placing the document in a sealed envelope with postage thereon fully prepaid in the **United States Mail** at Houston, Texas addressed as set forth below.

> Mr. Jung Kwak
> Inmate #15935-298
> Terminal Island Federal Correctional Institute
> Inmate Mail/Parcels
> P.O. Box 3007
> San Pedro, California 90731
>
> Viewtech, Inc. c/o Robert Rhine
> 3544 Seagate Way, Suite 100
> Oceanside, California 92056
>
> Chapter 7 Trustee - Viewtech, Inc.
> c/o Mr. William Fennell
> Law Office of William P. Fennell APLC
> 1111 Sixth Street, Suite 404
> San Diego, California 92101

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 27, 2011 at Houston, Texas.

s/ Timothy M. Frank
Timothy M. Frank